UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YOLANDA M. TUCKER,

    Plaintiff,

v.                                                            Case No.: 3:15-cv-869-J-25JRK

YUSEN LOGISTICS (AMERICAS) INC.,

    Defendant.
_____/

## MEDIATION DISPOSITION REPORT

    A mediation conference was conducted on September 26, 2016. All individual parties or their representatives and their respective trial counsel, designated corporate representatives, and required claim professionals were present with requisite settlement authority. The parties reached an impasse. However, the mediator will stay in touch with the parties in an effort to achieve settlement of the case. The case is set during the trial term beginning February 6, 2017.

    **Dated** this 26th day of September, 2016.

/s/ Mattox S. Hair
Mattox S. Hair, Esquire
**Mediator,** Cer. No. 4080CR
Florida Bar No. 0032828
1022 Park Street, Suite 201
Jacksonville, Florida 32204
Telephone: (904) 358-3580
Facsimile: (904) 358-0468
mattoxhair@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties:

Maxie Broome, Jr., Esquire
P. O. Box 371
Bartow, FL 33831
mbroomelaw@aol.com

Amy R. Turci, Esquire
Ford & Harrison, LLP
225 Water St. Ste 710
Jacksonville, FL 32202-5145
aturci@fordharrison.com

Peter Reed Corbin, Esquire
Ford & Harrison, LLP
225 Water St. Ste 710
Jacksonville, FL 32202-5145
pcorbin@fordharrison.com

Rachel L. Hollander, Esquire
Olasov + Hollander LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
rhollander@olasov.com

_____
Mattox S. Hair, Esquire
Mediator, Cer. No. 4080CR
Florida Bar No. 0032828
1022 Park Street, Suite 201
Jacksonville, Florida 32204
Telephone (904) 358-3580
Facsimile (904) 358-0468
mattoxhair@aol.com

20-040