**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**YOLANDA TUCKER,**

       **Plaintiff,**                      Case No. 3:15-cv-00869-HLA-JRK

**v.**

**YUSEN LOGISTICS (AMERICAS) INC.,**

       **Defendant.**

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, YOLANDA TUCKER and Defendant YUSEN LOGISTICS (AMERICAS) INC., by and through their undersigned attorneys, hereby notify the Court that the parties have reached a settlement of all claims brought by Plaintiff against Defendant in the above-captioned action, subject to finalizing the relevant settlement documents.

Dated this 20th day of December, 2016.

| | Respectfully submitted, |
|---|---|
| /s/ Maxie Broome, Jr. | /s/ Peter Reed Corbin |
| **Maxie Broome, Jr., Esquire** | **Peter Reed Corbin, Esquire** |
| | Florida Bar No. : 198374 |
| | **Amy R. Turci, Esquire** |
| Florida Bar No.: 0250201 | Florida Bar No.: 0349630 |
| P.O. Box 371 | 225 Water Street, Suite 710 |
| Bartow, Florida 33831 | Jacksonville, Florida 32202 |
| Tel.: (904) 382-2434 | Tel.: (904) 357-2002 |
| mbroomelaw@aol.com | pcorbin@fordharrison.com |
| Attorney for Plaintiff | |
| | -and- |
| | **Rachel L. Hollander, Esquire** |
| | 745 Fifth Avenue, Suite 500 |
| | New York, New York 10151 |
| | (646) 898-2078 Tel |
| | rhollander@olasov.com |
| | |
| | Admitted *pro hac vice* |
| | Attorneys for Defendant |

WSACTIVELLP:8901005.1