UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:15-cv-00869-HLA-JRK

YOLANDA TUCKER,

    Plaintiff,

v.

YUSEN LOGISTICS (AMERICAS) INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this matter having amicably resolved, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

Dated this 8th day of February, 2017.

| | |
|---|---|
| /s/Maxie Broome, Jr. | /s/Amy R. Turci |
| **Maxie Broome, Jr., Esquire** | **Amy R. Turci, Esquire** |
| Florida Bar No: 0250201 | Florida Bar No.: 0349630 |
| P.O. Box 371 | 225 Water Street, Suite 710 |
| Bartow, Florida 33831 | Jacksonville, Florida 32202 |
| (904) 382-2434 | (904) 357-2002 Tel. |
| mbroomelaw@aol.com | aturci@fordharrison.com |
| Attorney for Plaintiff | Attorneys for Defendant |

                          -and-

**Rachel L. Hollander, Esquire**
745 Fifth Avenue, Suite 500
New York, New York 10151
(646) 898-2078 Tel
rhollander@olasov.com

Admitted *pro hac vice*
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 8, 2017 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.