UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**YOLANDA TUCKER,**

    Plaintiff,

v.                                    CASE NO.    3:15-cv-869-J-25JRK

**YUSEN LOGISTICS (AMERICAS) INC.**,

    Defendant.

## O R D E R

Before the Court is the Joint Stipulation for Final Order of Dismissal (Dkt. 26).  It is, upon consideration

    **ORDERED** that this case is  **DISMISSED with prejudice**.

    **DONE AND ORDERED** at Jacksonville, Florida this 9th day of February, 2017.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record